MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 812411)
Acting Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7157
Fax: (415) 436-7234
E-Mail: adam.reeves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBRAHIM SHABUDIN and THOMAS YU,<br><br>Defendants. | No. CR 11-0664 ~~EMC~~ JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME** |

WHEREAS, the United States intends to produce in excess of one million documents and other materials to counsel for the defendants;

WHEREAS, counsel for the defendants needs time to review the discovery;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances, the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

WHEREAS, defendants Ebrahim Shabudin and Thomas Yu both consent to the exclusion

of time from November 18, 2011 to December 22, 2011;

THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel of record, that the period of time from November 18, 2011 to December 22, 2011 shall be excluded in computing the time within which the trial of the offenses alleged in the Indictment must commence under Title 18, United States Code, Section 3161.

SO STIPULATED.

DATED: November 25, 2011

MELINDA HAAG
United States Attorney

/s/
______________________________

Adam A. Reeves
Assistant United States Attorney

DATED: November 25, 2011

/s/
______________________________

James A. Lassart, Esq.
Ropers, Majeski, Kohn & Bentley
Counsel to Ebrahim Shabudin

DATED: November 25, 2011

/s/
______________________________

George J. Cotsirilos, Jr. , Esq.
Cotsirilos & Campisano, LLP
Counsel to Thomas Yu

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The ends of justice are served by finding that a continuance from November 18, 2011 to December 22, 2011 outweighs the best interests of the public and the defendant in a speedy trial and the prompt disposition of criminal cases and the Court concludes that the exclusion of time from November 18, 2011 to December 22, 2011 should be made under Title 18, United States Code, Sections 3161(h)(7)(B)(iv).

DATED: 12/2/11




Hon. Joseph C. Spero
United States Magistrate Judge