1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    J. DOUGLAS WILSON (DCBN 812411)
3   Acting Chief, Criminal Division

4   ADAM A. REEVES  (NYBN 2363877)
    Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7157
7       Fax: (415) 436-7234
        E-Mail: adam.reeves@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
    UNITED STATES OF AMERICA,          )    No. CR 11-0664 JSW
13                                      )
            Plaintiff,                  )    STIPULATION AND [PROPOSED]
14                                      )    ORDER AUTHORIZING THE
        v.                              )    UNITED STATES TO COMPLY
15                                      )    WITH THE JUSTICE FOR ALL ACT
    EBRAHIM SHABUDIN and                )    USING APPROPRIATE
16  THOMAS YU,                          )    ALTERNATIVE MEASURES
                                        )
17          Defendants.                 )
                                        )
18
19          WHEREAS, the Justice for All Act of 2004 (18 U.S.C. § 3771)(the "Act") provides

20  certain rights to victims in federal criminal proceedings.  Among these rights are the right to

21  "reasonable, accurate, and timely notice" of public court proceedings, including sentencings.  *See*

22  18 U.S.C. § 3771(a).  The Act further provides that agencies of the United States shall make their

23  best efforts to see that crime victims are notified of, and accorded, the rights described in

24  subsection (a).  *Id.* § 3771(c)(1).  It defines a crime victim as "a person directly and proximately

25  harmed" as a result of the commission of a federal offense.  *Id.* § 3771(e).  The Act also provides

26  that, in cases with multiple crime victims where personal notification of victims is

27  "impracticable," the Court "shall fashion a reasonable procedure to give effect to [the Act] that

28
    STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE UNITED STATES
    TO COMPLY WITH THE JUSTICE FOR ALL ACT USING APPROPRIATE
    ALTERNATIVE MEASURES, *United States v. Shabudin and Yu*, Case No. CR 11-0664 JSW

1    does not unduly complicate or prolong the proceedings." *Id.* § 3771(d)(2).

2           WHEREAS, it would be "impracticable" under Section 3771(d)(2) to identify, locate, and

3    notify by mail the many thousands of individuals and entities who owned UCBH securities

4    during the period relevant to the Indictment and who are therefore potential victims in this case.

5           WHEREAS, the alternative means of notifying potential victims proposed by the

6    government using a notice posted in the *Wall Street Journal* and providing information on the

7    website for the United States Attorney's Office constitutes a "reasonable procedure" to give

8    effect to the notice provision of the Act.

9           WHEREAS, if the Court grants the relief requested herein, counsel for the government

10   has agreed to confer with counsel for the defendants about the content of any notice posted in the

11   *Wall Street Journal* before it is disseminated to the public.

12          THEREFORE, it is hereby stipulated by and between the parties, through their respective

13   counsel of record, that Court should issue that attached proposed order in this case.

14          SO STIPULATED.

15   DATED: January 6, 2012                    MELINDA HAAG
                                               United States Attorney
16
                                               /s/
17                                             _____

18                                             Adam A. Reeves
                                               Assistant United States Attorney
19

20   DATED: January 6, 2012                    /s/

21                                             _____

22                                             James A. Lassart, Esq.
                                               Ropers, Majeski, Kohn & Bentley
23                                             Counsel to Ebrahim Shabudin

24   DATED: January 6, 2012                    /s/

25                                             _____

26                                             George J. Cotsirilos, Jr. , Esq.
                                               Cotsirilos & Campisano, LLP
27                                             Counsel to Thomas Yu

28   STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE UNITED STATES
     TO COMPLY WITH THE JUSTICE FOR ALL ACT USING APPROPRIATE
     ALTERNATIVE MEASURES, *United States v. Shabudin and Yu*, Case No. CR 11-0664 JSW

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, the Court hereby finds that: (1) the number of potential victims in this case makes it "impracticable" pursuant to 18 U.S.C. §3771(d)(2) to provide individual notice as contemplated in the Justice for All Act; (2) accordingly, the "multiple crime victims" provision of the Act applies to this case; and (3) the means of notifying potential victims proposed by the government constitutes a "reasonable procedure" to give effect to the notice provision of the Act.

THEREFORE IT IS HEREBY ORDERED THAT:

The United States is authorized to discharge its obligations under the Justice for All Act by (a) posting a notice in the *Wall Street Journal* informing potential victims that further information may be found on the United States Attorney's Office website; and (b) maintaining the following information on its public website while this case is pending:

1.    The caption, case number, assigned judge, and names of the defendants and corporate entities involved in the case;

2.    A listing of upcoming public proceedings scheduled in the case along with the date, time, and location of the proceedings;

3.    The name and contact information for the United States Attorney's Office official with responsibility for addressing victims' rights;

4.    A substantially verbatim listing of the rights provided in Title 18, United States Code, Section 3771(a); and

5.    A copy of the Indictment in this case.

DATED: _February 3, 2012_____

_____
HON. JEFFREY S. WHITE
Judge
United States District Court

STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE UNITED STATES
TO COMPLY WITH THE JUSTICE FOR ALL ACT USING APPROPRIATE
ALTERNATIVE MEASURES, *United States v. Shabudin and Yu*, Case No. CR 11-0664 JSW