JAMES A. LASSART (SBN 40913)
ADRIAN G. DRISCOLL (SBN 95468)
SPENCER C. MARTINEZ (SBN 206337)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: JLassart@rmkb.com
ADriscoll@rmkb.com
SMartinez@rmkb.com

Attorneys for Defendant
EBRAHIM SHABUDIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBRAHIM SHABUDIN and THOMAS YU,<br><br>Defendants. | CASE NO. CR 11-0664 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: TEMPORARY TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA** |

## STIPULATION

**WHEREAS,** Defendant Ebrahim Shabudin seeks to travel briefly (2 days) outside the Northern District of California to the Eastern District of California (Elk Grove, California) on August 4 and 5, 2012 to visit his long-time family friend, Mr. Shanti Mehta, who is suffering from cancer and is undergoing chemotherapy. Mr. Shabudin will return to Moraga on the evening of August 5, 2012.

**WHEREAS,** Mr. Shabudin wishes to travel to Elk Grove, California on August 4 and 5, 2012 to be with his friend before he passes, as Mr. Mehta's condition and prognosis is rapidly deteriorating. Mr. Shabudin will travel by car on August 4, 2012, driving from his home in Moraga to Mr. Mehta's home in Elk Grove, located at 2908 Harbor Shore Lane, Elk Grove,

California 95758. While in Elk Grove, Mr. Shabudin will stay at Mr. Mehta's home. Mr. Shabudin will return to his home in Moraga from Mr. Mehta's home in Elk Grove by car on August 5, 2012.

**IT IS HEREBY STIPULATED AND AGREED** by and between the United States and Defendant Ebrahim Shabudin, and their respective counsel, that:

1. Mr. Shabudin be permitted to travel to Elk Grove, California on the date mentioned above.

2. Mr. Shabudin will continue to observe all other terms of his release while in Elk Grove, California.

Dated: August 1, 2012

Respectfully Submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ JAMES A. LASSART
 JAMES A. LASSART
 Attorneys for Defendant
 EBRAHIM SHABUDIN

Dated: July 31, 2012

MELINDA HAAG
United States Attorney

By:/s/ KIM BERGER
 ADAM A. REEVES
 KIM BERGER
 Assistant United States Attorney

## ORDER

Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant Ebrahim Shabudin's conditions of release are hereby modified temporarily to permit him to travel outside the Northern District of California consistent with the terms and conditions set forth above.

**IT IS SO ORDERED.**

Dated: August 1, 2012

THE HONORABLE JOSEPH C. SPERO
United States District Judge