JAMES A. LASSART (SBN 40913)
ADRIAN G. DRISCOLL (SBN 95468)
SPENCER C. MARTINEZ (SBN 206337)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: JLassart@rmkb.com
ADriscoll@rmkb.com
SMartinez@rmkb.com

Attorneys for Defendant
EBRAHIM SHABUDIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EBRAHIM SHABUDIN and THOMAS YU,<br><br>    Defendants. | CASE NO. CR 11-0664 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF PRETRIAL RELEASE ORDER** |

## STIPULATION

**WHEREAS,** Defendant Ebrahim Shabudin seeks a modification of his pretrial release order to allow him to have unrestricted travel within the Northern District of California and the Eastern District of California. Mr. Shabudin is assisting his wife in operating her catering business and she has clients in the Eastern District (Benicia, Fairfield, and other cities adjacent to the Northern District).

**WHEREAS,** Mr. Shabudin seeks a modification of his travel restriction to assist his wife in her business as a way of maintaining gainful employment within his family. Mr. Shabudin is not moving his residence and his work with his wife is of a kind that he will be working in conjunction with her within the Eastern District.

**IT IS HEREBY STIPULATED AND AGREED** by and between the United States and Defendant Ebrahim Shabudin, and their respective counsel, that:

1. Mr. Shabudin be allowed to freely travel within the Northern and Eastern Districts of California and maintain his current pretrial status.

2. Mr. Shabudin will continue to observe all other terms of his release while being within both the Northern and Eastern Districts of California.

Dated: January 29, 2013     Respectfully Submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ JAMES A. LASSART
    JAMES A. LASSART
    Attorneys for Defendant
    EBRAHIM SHABUDIN

Dated: January 29, 2013     MELINDA HAAG
United States Attorney

By:/s/ ADAM A. REEVES
    ADAM A. REEVES
    KIM BERGER
    Assistant United States Attorney

## ORDER

Based on the foregoing, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant Ebrahim Shabudin's conditions of release are hereby modified to permit him to freely travel within both the Northern and Eastern Districts of California consistent with the terms and conditions set forth above.

**IT IS SO ORDERED.**

Dated: January 30, 2013

THE HON. [JOSEPH C.] SPERO
United States [Magistrate Judge]

*Judge Joseph C. Spero*